IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN LOMAKO,

       Plaintiff,                          No. CIV S-05-2254 LKK DAD P

     vs.

I.D. CLAY,

       Defendant.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $250.00. Nor has plaintiff filed an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) and 1915(a). Plaintiff will be granted thirty days to pay the fee in full or submit a properly completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, either the $250.00 filing fee or a properly completed application to proceed in forma pauperis that includes a certified copy of plaintiff's trust account statement covering the six months prior to the filing of this action; plaintiff's failure to comply with this order in a timely manner will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: November 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
loma2254.3a