IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN LOMAKO,

    Plaintiff,                    No. CIV S-05-2254 LKK DAD P

    vs.

I.D. CLAY,

    Defendant.             <u>ORDER</u>

_____/

    Plaintiff has requested an additional 90 days in which to file an amended complaint pursuant to the court's order filed November 6, 2006.  IT IS ORDERED that:

    1.  Plaintiff's December 7, 2006 request for extension of time is granted; and

    2.  Plaintiff shall file his amended complaint on or before March 6, 2007; no further extension of time will be granted, and failure to file an amended complaint on or before March 6, 2007, will result in a recommendation that this action be dismissed.

DATED: December 13, 2006.

    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
loma2254.36